1 | KAREN P. HEWITT
United States Attorney
2 | JAMES P. MELENDRES
Assistant United States Attorney
3 | California State Bar No. Pending
United States Attorney's Office
4 | Federal Office Building
880 Front Street, Room 6293
5 | San Diego, California 92101
Telephone: (619) 557-6327
6
Attorneys for Plaintiff
7 | UNITED STATES OF AMERICA

8

9 | UNITED STATES DISTRICT COURT

10 | SOUTHERN DISTRICT OF CALIFORNIA    08CR1766-LAB

11 | UNITED STATES OF AMERICA,          ) Magistrate Case No. 08MJ1551
                                       )
12 |                        Plaintiff,  )
                                       ) **STIPULATION OF FACT AND JOINT**
13 |            v.                      ) **MOTION FOR RELEASE OF**
                                       ) **MATERIAL WITNESS(ES) AND**
14 | MICHELLE ANN MULLINS (2),          ) **ORDER THEREON**
                                       )
15 |                        Defendant.  )
                                       ) **(Pre-Indictment Fast-Track Program)**
16

17 |        **IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES

18 | OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and James P.

19 | Melendres, Assistant United States Attorney, and defendant MICHELLE ANN MULLINS, by and

20 | through and with the advice and consent of defense counsel, Robert Carriedo, that:

21 |        1.        Defendant agrees to execute this stipulation on or before the first preliminary hearing

22 | date and to participate in a full and complete inquiry by the Court into whether defendant knowingly,

23 | intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead

24 | guilty to the pre-indictment information charging defendant with a non-mandatory minimum count

25 | of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C.

26 | § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

27 | //

28 | JPME:lg:5/21/08

1     2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to

2  provide the signed, original plea agreement to the Government not later than five business days

3  before the disposition date set by the Court.

4     3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or

5  before **June 18, 2008**.

6     4.    The material witness, Veronica Rojas-Villanueva, in this case:

7          a.    Is an alien with no lawful right to enter or remain in the United States;

8          b.    Entered or attempted to enter the United States illegally on or about

9  May 16, 2008;

10        c.    Was found in a vehicle driven by codefendant Precilla Nicole Richards and

11  in which defendant was a passenger, at the San Ysidro, California, Port of Entry (POE), and that

12  defendant knew or acted in reckless disregard of the fact that she was an alien with no lawful right

13  to enter or remain in the United States;

14        d.    Was paying or having others pay on her behalf $4,000 to others to be brought

15  into the United States illegally and/or transported illegally to her destination therein; and,

16        e.    May be released and remanded immediately to the Department of Homeland

17  Security for return to her country of origin.

18     5.    After the material witness is ordered released by the Court pursuant to this stipulation

19  and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or

20  thereafter withdraws her guilty plea to that charge, defendant agrees that in any proceeding,

21  including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

22        a.    The stipulated facts set forth in paragraph 4 above shall be admitted as

23  substantive evidence;

24        b.    The United States may elicit hearsay testimony from arresting agents

25  regarding any statements made by the material witness(es) provided in discovery, and such

26  testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements

27  against interest of (an) unavailable witness(es); and,

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Michelle Ann Mullins (2)     2     08MJ1551

1           c.     Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004),

2 "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted

3 and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant

4 waives the right to confront and cross-examine the material witness(es) in this case.

5         6.     By signing this stipulation and joint motion, defendant certifies that defendant has

6 read it (or that it has been read to defendant in defendant's native language). Defendant certifies

7 further that defendant has discussed the terms of this stipulation and joint motion with defense

8 counsel and fully understands its meaning and effect.

9        Based on the foregoing, the parties jointly move the stipulation into evidence and for the

10 immediate release and remand of the above-named material witness(es) to the Department of

11 Homeland Security for return to their country of origin.

12        It is STIPULATED AND AGREED this date.

13                         Respectfully submitted,

14                         KAREN P. HEWITT
                          United States Attorney

15

16 Dated: 6·3·08 .

17                         JAMES P. MELENDRES
                         Assistant United States Attorney

18 Dated: 5/30/08 .

19                         ROBERT CARRIEDO
                         Defense Counsel for MICHELLE ANN MULLINS

20

21 Dated: 5/30/08 .

22                         MICHELLE ANN MULLINS
                         Defendant

23

24

25

26

27

28

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Michelle Ann Mullins (2)      3                   08MJ1551

1                              O R D E R

2        Upon joint application and motion of the parties, and for good cause shown,

3        **THE STIPULATION** is admitted into evidence, and,

4        **IT IS ORDERED** that the above-named material witness(es) be released and remanded

5    forthwith to the Department of Homeland Security for return to their country of origin.

6        **SO ORDERED.**

7

8        Dated: _____6/5/08_____.                    _____
                                                      United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
     Stipulation of Fact and Joint Motion for Release of
     Material Witness(es) And Order Thereon in
     United States v. Michelle Ann Mullins (2)            4                    08MJ1551