UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. _OS'R1766-LAB_ |
| Plaintiff ) | _08113153l_ |
| ) | ORDER |
| vs. ) | |
| ) | RELEASING MATERIAL WITNESS |
| _Precilla Nicole Richards_ ) | |
| ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

_Veronica Rojas - Villanueva_

DATED: _6/3/08_

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                           DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____  Y. MADUENO
                           Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95