FILED
JUN - 3 2008
[U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 1766 LAB |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| PRECILLA NICOLE RICHARDS (1), ) MICHELLE ANN MULLINS (2), ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about May 16, 2008, within the Southern District of California, defendants PRECILLA NICOLE RICHARDS and MICHELLE ANN MULLINS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Veronica Rojas-Villanueva, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: June 3, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:lg:San Diego
5/21/08