```
 1 │ JOHN C. ELLIS, JR.
   │ California Bar No. 228083
 2 │ FEDERAL DEFENDERS OF SAN DIEGO, INC.
   │ 225 Broadway, Suite 900
 3 │ San Diego, California 92101-5008
   │ Telephone: (619) 234-8467
 4 │ john_ellis@fd.org
 5 │ Attorneys for Ms. Richards
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE LARRY A. BURNS)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08CR1766-LAB |
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| v. | |
| PRECILLA NICOLE RICHARDS, | |
| Defendant. | |

I, Precilla Nicole Richards, the defendant named in the above-captioned case, hereby acknowledge that the next court date in this matter is as follows:

October 6, 2008 at 9:30 a.m. for sentencing.

I further acknowledge that this court appearance is to take place before the Honorable Larry A. Burns, United States District Court, Southern District of California at San Diego, California and that I am ordered to appear in accordance with the conditions of my pretrial release.

I declare that the foregoing is true and correct.

Dated: 9/7/08

*[signature]*
PRECILLA NICOLE RICHARDS

H:\ML8\JCE\Ack.wpd

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| ) | |
| Plaintiff,    ) | Case No. 08cr1766-LAB |
| ) | |
| v.    ) | |
| ) | CERTIFICATE OF SERVICE |
| PRECILLA NICOLE RICHARDS,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Acknowledgment of Next Court Date has been electronically served this day upon:

> William Hall, Jr., Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: September 8, 2008          /s/ John C. Ellis, Jr.
                                  JOHN C. ELLIS, JR.
                                  Federal Defenders
                                  225 Broadway, Suite 900
                                  San Diego, CA 92101-5030
                                  (619) 234-8467  (tel)
                                  (619) 687-2666  (fax)
                                  E-mail: john_ellis@fd.org